653 A.2d 567

IN THE MATTER OF JOHN F. WISE, AN ATTORNEY AT LAW.

February 2, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JOHN F. WISE** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1983, be publicly reprimanded for violating the requirements of *Rule* 1:21-6 and *RPC* 1.15 by failing to maintain proper attorney books and records, with the result that client funds were negligently invaded, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **JOHN F. WISE** is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.